B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Charles D Batch**                                          Case No.   **10-28619**  
                                                  Debtor(s)            Chapter     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>American Home Mortgage | **Describe Property Securing Debt:**<br>22066 Edgewater<br>Novi, MI 48375 |

Property will be (check one):  
   ☐ Surrendered                                 ■ Retained

If retaining the property, I intend to (check at least one):  
   ☐ Redeem the property  
   ☐ Reaffirm the debt  
   ■ Other. Explain  **Retain and Pay**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
   ■ Claimed as Exempt                      ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>BAC Home Loans Servicing, LP | **Describe Property Securing Debt:**<br>22066 Edgewater<br>Novi, MI 48375 |

Property will be (check one):  
   ☐ Surrendered                                   ■ Retained

If retaining the property, I intend to (check at least one):  
   ☐ Redeem the property  
   ☐ Reaffirm the debt  
   ■ Other. Explain  **Retain and Pay**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
   ■ Claimed as Exempt                      ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>PNC Bank | **Describe Property Securing Debt:**<br>2004 33 ft Doral Elegante Dual Inboard/Outboard Mercruiser 320hp |

Property will be (check one):
　■ Surrendered　　　　　　　　　　　□ Retained

If retaining the property, I intend to (check at least one):
　□ Redeem the property
　□ Reaffirm the debt
　□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　□ Claimed as Exempt　　　　　　　■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>PNC Mortgage | **Describe Property Securing Debt:**<br>122 Walnut Circle Elizabeth, PA |

Property will be (check one):
　□ Surrendered　　　　　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
　□ Redeem the property
　□ Reaffirm the debt
　■ Other. Explain **Retain and Pay** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■ Claimed as Exempt　　　　　　　□ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>PNC Mortgage | **Describe Property Securing Debt:**<br>Charles D. Batch Revocable Living Trust - Property of the Trust consists of 1844 Willow Oak Drive Wexford, PA 15090 (Allegheny County) |

Property will be (check one):
　□ Surrendered　　　　　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
　□ Redeem the property
　□ Reaffirm the debt
　■ Other. Explain **Retain and Pay** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■ Claimed as Exempt　　　　　　　□ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Primerock Real Estate Fund, LLC** | **Describe Property Securing Debt:**<br>**All Real Property in Allegheny County and all Personal Property, including that at Schedule B (4), (5), (7), (13), (18-tax refunds only), (21), (25) (26-watercraft only) and (35).** |
| Property will be (check one):<br>☐ Surrendered    ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>■ Other. Explain __**Retain and Pay**__ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>■ Claimed as Exempt    ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Ford Credit** | **Describe Leased Property:**<br>**2010 Ford Expedition XLT** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __**January 3, 2011**__        Signature __*/s/* **Charles D Batch**__
                                              **Charles D Batch**
                                              Debtor